JUDGE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
### AT SEATTLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. CR07-0029RSM |
| Plaintiff, | ) | |
| v. | ) | ORDER GRANTING MOTION TO WITHDRAW AND TO SUBSTITUTE CJA COUNSEL |
| THU VAN NGUYEN, | ) | |
| Defendant. | ) | |

THE COURT, having considered the motion to withdraw and to substitute counsel based on a conflict of interest, and having reviewed the declaration of counsel in support of the motion,

HEREBY ORDERS that Assistant Federal Public Defender Peter J. Avenia and the Office of the Federal Public Defender shall be permitted to withdraw as counsel in this matter.

IT IS FURTHER ORDERED that substitute CJA counsel shall be appointed forthwith as counsel for the defendant.

DONE this _28_ day of August, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Peter J. Avenia
Assistant Federal Public Defender

ORDER FOR WITHDRAWAL AND
SUBSTITUTION OF COUNSEL        - 1 -
(Thu Van Nguyen; CR07-0029RSM)

**FEDERAL PUBLIC DEFENDER**
1601 Fifth Avenue, Suite 700
Seattle, Washington  98101
(206) 553-1100